# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARNARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 12-1717 GW (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　1.　　The Report and Recommendation is approved and accepted.

　　　　2.　　Judgment be entered dismissing this action without prejudice.

　　　　3.　　The Clerk serve copies of this Order and the Judgment on the parties.

DATED: September 18, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE